Case 21-50103-GRM Doc 98-1 Filed 02/04/18/13 Entered 02/04/18/13 07:00:45 Desc Main
Exhibit(s) A    Page 1 of 3
Case 12-15450-RGM    Doc 298-1    Filed 04/18/13    Entered 04/18/13 07:00:45    Desc
Exhibit(s) A    Page 1 of 3

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| In Re | : | |
| | : | |
|    Chichan John Hwang  and | : | Case Number 12-15450-RGM |
|    Jong Ray Hwang | : | (Chapter 7) |
|        Debtors. | : | |
| _____ | : | |
| Curtis Properties, Inc. | : | |
| 5620 Linda Lane | : | |
| Camp Springs, Maryland 20748 | : | |
| | : | |
|     Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| Chichan John Hwang  and | : | |
| Jong Ray Hwang | : | |
| 8931 Highgrove Court | : | |
| Lorton, VA 22079 | : | |
| | : | |
|    and | : | |
| | : | |
| Robert Ogden Tyler, Trustee | : | |
| Tyler, Bartl, Ramsdell & Counts, P.L.C. | : | |
| 300 North Washington Street, Suite 202 | : | |
| Alexandria, VA 22314 | : | |
| | : | |
|    Respondents. | : | |
| _____ | : | |

ORDER ON
MOTION FOR RELIEF FROM AUTOMATIC STAY

THIS MATTER is before this Honorable Court on the Motion of Curtis Properties, Inc., ("Movant"), for relief from the automatic stay imposed by Section 362, Title 11, of the United States Code.  Upon consideration of the Motion For Relief From Automatic Stay filed by Movant, and for the reasons therein, and there being no answer filed by the Debtor, and it appearing to the Court's satisfaction that Movant's Motion for Relief From Automatic Stay should be resolved on

-1-

the following terms, it is this 16th day of January, 2013, by the United States Bankruptcy Court for the Eastern District of Virginia

    ORDERED, that the automatic stay in this case afforded by 11 U.S.C. 362 should be, and hereby is, lifted as to Movant; and it is further

    ORDERED that the automatic stay of 11 U.S.C. Section 362 is lifted and modified to permit Movant to exercise any and all rights which Movant may have with respect to the security deposit described in the Motion for Relief from Automatic Stay, including set-off of the security deposit against the debt.

Entered: Feb 4 2013

/s/ Robert G. Mayer
Judge, U.S. Bankruptcy Court
for the Eastern District of Virginia

Entered on Docket: February 4, 2013

READ BY:

/s/ Alyssa W. Chang, Esq.
Counsel for Movant, Bar No. 47697
Alyssa W. Chang, Esq.
19214 Forest Brook Road
Forestville, Maryland 20874
301-353-0081

-2-

**END OF ORDER**

Case 2:13-05103-RGMD Doc 298-1 Filed 02/04/18/13 Entered 02/04/18/13:07:30:45 Desc Main
Exhibit(s) A    Page 3 of 3